UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY KUZMICKI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHANNON ERNST, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:18-cv-00448-MMD-WGC<br><br>**ORDER** |

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP. Plaintiff has **THIRTY (30) DAYS** from the date of this Order to either file his completed IFP application or pay the full $400 filing fee ($350 filing fee and $50 administrative fee).

In the event Plaintiff files a completed IFP application, the court will then screen the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), which states that the court "shall dismiss the case at any time if the court determines that -- (A) the allegation of poverty is untrue; or (B) the action or appeal--(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; (iii) seeks monetary relief against a defendant who is immune from such relief." This may take several months.

**IT IS SO ORDERED.**

DATED: September 19, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE