UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY KUZMICKI,<br><br>　　　　　　　Plaintiff,<br>　v.<br>SHANNON ERNST, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-00448-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 5) ("R&R") relating to Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) and *pro se* complaint ("Complaint") (ECF No. 1-1). Plaintiff did not file an objection to the R&R, but has since filed an amended complaint (ECF No. 6). The Court accepts and adopts the R&R in its entirety.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that

1  district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *Johnstone*, 263 F. Supp. at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R.

Magistrate Judge Cobb recommends granting Plaintiff's application to proceed *in forma pauperis* because Plaintiff is unable to pay the filing fee in this matter. This Court agrees with permitting Plaintiff to proceed *in forma pauperis*. Judge Cobb additionally recommends dismissing the Complaint because Plaintiff fails to state a claim upon which relief may be granted, but also recommends that Plaintiff be permitted to amend a single claim. That claim is Plaintiff's claim for discrimination and retaliation under the Americans with Disabilities Act ("ADA"). (ECF No. 5 at 4–5.) Judge Cobb concluded that it is unclear at this point whether Plaintiff can allege sufficient facts to cure the noted deficiencies upon which dismissal is recommended. (*Id.* at 5.) The Court has reviewed Plaintiff's Complaint and finds good cause to accept and adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 5) be accepted and adopted in its entirety.

It is ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 4) is granted.

It is further ordered that the Clerk detach and file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint is dismissed, but Plaintiff is granted leave to amend only his allegations asserted under the ADA. Plaintiffs other claims are dismissed with prejudice.

///
///
///
///

| | |
|---|---|
| 1 | It is further ordered that because Plaintiff has filed an amended complaint (ECF No. 6) which appears to allege claims not asserted in the original complaint the Court will screen the amended complaint. |

DATED THIS 4th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE